## Office of the United States Trustee

| | |
|---|---|
| In re: Aussie Pet Mobile, Inc. | **Post-Confirmation Status Report** |
| Debtor | Quarter Ending: 12/31/14 |
| Chapter 11 Case No: 8-12-13141 | |

| Attorney/Professional - Name, Address, Phone & FAX: | Person responsible for report - Name, Address, Phone & FAX |
|---|---|
| Daniel H. Reiss<br>Levene, Neale, Bender, Yoo & Brill<br>10250 Constellation Blvd., Ste 1700, Los Angeles, CA 90067<br>(310)229-1234   Fax: (310)229-1244 | Ian W. Moses<br>95 Argonaut, Ste 115, Aliso Viejo, CA 92656<br>(949)234-0680   Fax: (949)234-0688 |

| | |
|---|---|
| Date Order was entered confirming plan | |
| Disbursing Agent (if any) (Please print) | |

| SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER | |
|---|---|
| Disbursements made under the plan | $ 461,051.61 |
| Other Disbursements | $ |
| **Total Disbursements** | $ 461,051.61 |

| | |
|---|---|
| Projected date of final decree | |
| What needs to be achieved before a final decree will be sought? (Attach a separate sheet if necessary) | |
| Narrative of events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period (Attach a separate sheet if necessary) | |
| Date last U. S. Trustee fee paid | 10/21/2014 |
| Amount Paid | $4,875.00 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

_1/9/15_  
Date

_[signature]_  
Signature of person responsible for this report

*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered. This report is for U.S. Trustee purposes only. <u>You may be required to file additional reports with the Bankruptcy Court.</u>*

Revised February 2002    POST-CONFIRMATION STATUS REPORT    USTLA-7

# Aussie Pet Mobile, Inc.
## Quarterly Report
### For 3 months ending 12/31/14

| | | |
|---|---:|---:|
| Opening Cash Balance 10/1/14 | $ | 98,090.06 |
| **Cash Receipts** | | |
|     Royalties | | 199,019.55 |
|     Franchise Fees | | 200,067.00 |
|     Transfer Fees | | 13,500.00 |
|     Marketing Fund | | 93,282.96 |
|     Total Cash Receipts | $ | 505,869.51 |
| **Cash Disbursements** | | |
|     Operating Expenses | | |
|         Audit, FDD & Professional Fees | | 25,983.01 |
|         Employee Payroll, Management Fees & Consulting Fees | | 116,858.20 |
|         Franchise Sales Expenses | | 72,309.04 |
|         Accounting Fees | | 21,401.40 |
|         Rent | | 7,567.92 |
|         Marketing Fund Expenses | | 46,697.27 |
|         Bank Fees | | 5,710.87 |
|         International Expenses | | 10,236.00 |
|         Insurances | | 360.75 |
|         Travel | | 2,132.20 |
|         Advertising | | 5,200.00 |
|         Miscellaneous | | 12,258.82 |
|     Total Operating Expenses | | 326,715.48 |
|     Restructuring Expenses | | |
|         Trustee Fees | | 4,875.00 |
|         Professional Fees | | 50,000.00 |
|         Indemnification Expenses | | 7,500.00 |
|     Total Restructuring Expenses | | 62,375.00 |
|     Plan Payments | | |
|         Secured Creditors | | 69,000.00 |
|         Cure Payments & Van Contracts | | 2,961.13 |
|     Total Plan Payments | | 71,961.13 |
| Total Cash Disbursements | $ | 461,051.61 |
| Closing Cash Balance 12/31/14 | $ | 142,907.96 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled POST-CONFIRMATION STATUS REPORT (QUARTER ENDING 12/31/2014) will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 9, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ronald K Brown on behalf of Creditor RREEF AMERICA REIT II CORP. FFF
rkbgwhw@aol.com

Ronald Clifford on behalf of Creditor Committee The Official Committee of Unsecured Creditors
rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com

Hillary C Coleman on behalf of Creditor Kurly Q Enterprises, Inc
hccesq@cox.net

Hillary C Coleman on behalf of Creditor Kellie Mannen
hccesq@cox.net

David K Eldan on behalf of Creditor Bank of America, N.A.
malvarado@pmcos.com, rpinal@pmcos.com;efilings@pmcos.com

William A Frazell on behalf of Creditor Texas Comptroller of Public Accounts
bk-bfrazell@texasattorneygeneral.gov

Robert P Goe on behalf of Other Professional Goe & Forsythe LLP
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com

James Andrew Hinds, Jr on behalf of Creditor Charles C Chaney
jhinds@jhindslaw.com, zbilowit@jhindslaw.com

James Andrew Hinds, Jr on behalf of Creditor Committee Creditor Committee Official Committee Of Unsecured Creditors
jhinds@jhindslaw.com, zbilowit@jhindslaw.com

James Andrew Hinds, Jr on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jhinds@jhindslaw.com, zbilowit@jhindslaw.com

John H Kim on behalf of Creditor TD Auto Finance, LLC successor to DaimlerChrysler Financial Services Americas, LLC
jkim@cookseylaw.com

Gwendolen D Long on behalf of Debtor Aussie Pet Mobile, Inc.
gdl@lnbyb.com

Gwendolen D Long on behalf of Interested Party Courtesy NEF
gdl@lnbyb.com

Gwendolen D Long on behalf of Other Professional Levene Neale Bender Yoo Brill LLP
gdl@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (SA)
elizabeth.lossing@usdoj.gov

Randall P Mroczynski on behalf of Creditor TD Auto Finance, LLC successor to DaimlerChrysler Financial Services Americas, LLC
randym@cookseylaw.com

Marvin Maurice Oliver on behalf of Interested Party Courtesy NEF
moliverlaw@mindspring.com

Marvin Maurice Oliver on behalf of Respondent Marvin M Oliver
moliverlaw@mindspring.com

Daniel H Reiss on behalf of Debtor Aussie Pet Mobile, Inc.
dhr@lnbyb.com

Daniel H Reiss on behalf of Interested Party Courtesy NEF
dhr@lnbyb.com

Paul R Shankman on behalf of Attorney Hinds & Shankman, LLP
pshankman@jhindslaw.com

Paul R Shankman on behalf of Creditor Committee Creditor Committee Official Committee Of Unsecured Creditors
pshankman@jhindslaw.com

Paul R Shankman on behalf of Creditor Committee The Official Committee of Unsecured Creditors
pshankman@jhindslaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On January 9, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Liquidating Trustee | Chambers Copy |
|---|---|
| Don Fife CPA | The Hon. Mark S. Wallace |
| 790 East Colorado Boulevard | United States Bankruptcy Court |
| Pasadena, CA 91101 | 411 West Fourth Street, Suite 6135 |
| | Santa Ana, CA 92701-4593 |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 9, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 9, 2015 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**